# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

MICHELLE BLACKMON,

                        Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

                        Defendant.

Case No. 15-CV-660-JPS

**ORDER**

On September 19, 2016, the Court granted the parties' joint stipulation to remand this case to the Commissioner of Social Security. (Docket #25 and #26). On December 16, 2016, the plaintiff filed a motion for an award of attorney fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. (Docket #27). The defendant has not filed a response, and the time to do so has expired. Civil L. R. 7(b).

Pursuant to the plaintiff's unopposed motion, *see* Civil L. R. 7(d), and because the Court finds that the fees incurred are both reasonable and necessary and qualify under the EAJA,

**IT IS HEREBY ORDERED** that the plaintiff's motion for an award of attorney's fees (Docket #27) be and the same is hereby **GRANTED**; an award of $10,370.88 in attorney's fees shall be paid by Defendant in full satisfaction and settlement of any and all claims the plaintiff may have in this matter pursuant to the EAJA. Once counsel for both parties verify that the plaintiff owes no pre-existing debt to the government subject to offset, then the defendant shall direct that the award be made payable to the plaintiff's attorney pursuant to the EAJA assignment signed by the plaintiff and

counsel. (Docket #28-3). If the plaintiff owes a pre-existing debt subject to offset in an amount less than the EAJA award, the Social Security Administration will instruct the U.S. Department of Treasury that any check for the remainder after the offset will be made payable to the plaintiff's counsel and mailed to the business address of the plaintiff's attorney.

Dated at Milwaukee, Wisconsin, this 12th day of January, 2017.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge

Page 2 of 2

Case 2:15-cv-00660-JPS   Filed 01/12/17   Page 2 of 2   Document 31